UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

RoseAnn Masello

    v.	Civil No. 08-cv-00136-JL

The Stanley Works, Inc, et al.


**O R D E R**


The Preliminary Pretrial Conference was held in chambers on September 12, 2008.

The Discovery Plan (document no. 18) is approved as submitted, with the following changes:

- Third-party action deadline:   **January 3, 2009**

Based on the discussions between the court and counsel/parties at the conference, the following are **stricken** without prejudice to being re-instated on request if warranted by the evidence:

- the following affirmative defenses:  Affirmative defense #5 asserted by both defendants (statute of limitations)

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:    September 15, 2008

cc:   Daniel W. Buckley, Esq.
      Francis X. Quinn, Jr., Esq.
      Gerry D'Ambrosio, Esq.
      Christopher A. Duggan, Esq.
      Gerard A. Butler, Jr., Esq.
      Arpier G. Saunders, Jr., Esq.