UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JOSEPH N. MASELLO, AS ADMINISTRATOR OF THE ESTATES OF JOSEPH M. MASELLO AND ROSEANN MASELLO,<br><br>Plaintiff,<br><br>v.<br><br>THE STANLEY WORKS, INC. and ZAG INDUSTRIES LIMITED,<br><br>Defendants. | CIVIL ACTION NO.<br>1:08-cv-136-JL |

## ORDER

This matter having been presented to the Court for approval of a Petition for Settlement; and the Plaintiff and the worker's compensation lien holder having agreed to and executed the Petition through their respective Counsel; and the Defendants having no objection; and further finding that the settlement is fair and reasonable; and having provided the Parties the opportunity to be heard; and for good and sufficient cause appearing,

IT IS HEREBY ORDERED:

1. The Petition for Approval of Settlement is hereby ALLOWED;

2. The parties are directed to file all appropriate papers to close this matter within thirty days of this Order;

Entered this 15th day of November, 2011.

_____
Joseph N. Laplante
United States District Judge